Henry Leifert, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion.   Present — Woodward, Jenks, Rich and Miller, JJ.

James B. Ludlow, as Trustee in Bankruptcy of Robert C. Galindo, Bankrupt, Appellant, v. Robert C. Galindo and Others, Respondents.— Judgment affirmed, with costs.   No opinion.   Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

·The J. A. Mahlstedt Lumber and Coal Company, Respondent, v. Charles A. Tier, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs.   No opinion.   Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

George F. Marx, Respondent, v. Anna McKenzie, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs.   No opinion.   Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

George F. Marx, Respondent, v. Anna McKenzie, Appellant.— Order of the County Court of Kings county affirmed, with costs.   No opinion.   Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Thomas F. O'Brien and Mary E. Brady, as Administrators, etc., of James M. Brady, Deceased, Respondents, v. Thomas H. Brady and Others, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs.   No opinion.   Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Clarence F. Pillet, Respondent, v. The City of New York and the Pelham Hod Elevating Company, Appellants.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

· Henry J. Price, Respondent, v. The New York and Boston Dispatch Express Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.·

The People of the State of New York ex rel. Alban Gleitsman, Relator, v. Edson Lewis, as Police Commissioner of the City of Mount Vernon, N. Y., Respondent.— Determination confirmed, with costs.   No opinion.   Hirschberg, P. J., Woodward, Jenks, Rich and Miller, concurred.

The People of the State of New York ex rel. Francis Gottsberger, Appellant, v. Martin W. Littleton, as President of the Borough of Brooklyn, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

The People of the State of New York ex rel. Lewis G. Stillman, Respondent, v. Anna Amerida Stillman, Appellant.— Order denying motion to quash writ of habeas corpus reversed, with ten dollars costs and disbursements, and writ vacated, with ten dollars costs, on the ground that the Special Term of Kings county was without jurisdiction to entertain· the application for the writ. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Charles L. Rowland, Appellant, v. William J. Logan and Others, Appellants. Judgment affirmed, without costs.   No opinion.   Hirschberg, P. J., Woodward, Jenks and Rich, JJ., concurred.

William E. Rozett, Appellant, v. Herman Zetterberg, Respondent.   Judgment of the Municipal Court affirmed, with costs.   No opinion.   Hirschberg, P. J., Woodward, Jenks and Rich, JJ., concurred.

· Frank A. Schulz, Appellant, v. Metropolitan Jockey Club, Respondent.— Judgment affirmed, with costs.   No opinion.   Jenks, Rich and Miller, JJ., concurred; Hooker, J., dissented.

Thomas B. Sidebotham, Jr., as Executor and Trustee under the Last Will and Testament of Thomas B. Sidebotham, Deceased, Respondent, v. The Yonkers Electric Light and Power Company, Appellant, and Clarence E. Parker.— Order affirmed, with costs.   No opinion.   Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Thomas B. Sidebotham, Jr., as Executor and Trustee under the Last Will and Testament of Thomas B. Sidebotham, Deceased, Respondent, v. The Yonkers Electric Light and Power Company and Clarence E. Parker, Appellants.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Frank Silinski and Katrina Silinski, Appellants, v. Alanson J. Prime and Irene F. Prime, Respondents.— Judgment affirmed, with costs.   No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.